DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Steven Ray Murphy, ) | |
| ) | CASE NO. 5:10 CV 2095 |
| Plaintiff, ) | |
| ) | |
| v. ) | <u>JUDGMENT ENTRY</u> |
| ) | |
| Ryan Koster, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

For the reasons stated in the Memorandum of Opinion filed contemporaneously herewith,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that this case be dismissed.

Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

The Clerk is directed to mail a copy of this Memorandum Opinion to the plaintiff at his address of record.

IT IS SO ORDERED.

| | |
|---|---|
| <u>December 13, 2010</u> | <u>*s/ David D. Dowd, Jr.*</u> |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |